**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Bobby PEREZ, Defendant–Appellant.**

**No. 07–40478**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Bobby Perez, Forrest City, AR, pro se.

Before DAVIS, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Bobby Perez, federal inmate # 82235–079, pleaded guilty to a marijuana-trafficking conspiracy charge and was sentenced

to 87 months of imprisonment. He filed a notice of appeal more than one year after the criminal judgment was entered. His appeal is dismissed as untimely. *See United States v. Leijano–Cruz,* 473 F.3d 571, 574 (5th Cir.2006). Perez also filed two motions for appointment of counsel. These motions are denied.

APPEAL DISMISSED; MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.